# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORGENSEN & COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY SUTHERLAND, NORTH AMERICAN PROFESSIONAL LIABILITY INSURANCE AGENCY, LLC, PLAZA INSURANCE COMPANY, ROCKHILL INSURANCE COMPANY, STEPHEN VONO, AND DOGAN TUNCEL,<br><br>    Defendants. | Case No.: 2:15-CV-07373-CCC-MF<br><br><br>**ORDER & OPINION OF THE SPECIAL MASTER** |

## Documents Bates Stamped NAP011610-13427

**Opinion**: Defendants argue that these documents consists of all Salesforce reports ever generated by any user of Salesforce at NAPLIA and that these documents are properly marked Attorneys' Eyes Only because these documents contain Salesforce.com data, including policy information, premiums, expiration dates, addresses and contact information, communications and extensive other customer data that would be extremely damaging if obtained by a competitor. Plaintiff maintains that it would agree to designate these documents confidential to the extent they contain client data and are identified as such by Defendants but object to the need for an Attorneys' Eyes Only designation. Plaintiff further argues that as NAPLIA is insolvent and no longer in business, there can be no significant harm to the disclosure of these documents.

After careful review of these documents, it is the opinion of the Special Master that the following documents should be unmarked Attorneys' Eyes Only: NAP011611; NAP011638; NAP011649-11657; NAP011658-11663; NAP011664-11672; NAP011649-11657; NAP011658-11663;

NAP011664-11672; NAP011673-11684; NAP011685-11696; NAP011697-11705; NAP011706-11717; NAP011718-11723; NAP011724-11729; NAP011730-11738; NAP011739-11747; NAP011748-11756; NAP011757-11765; NAP011766-11774; NAP011775-11783; NAP011784; NAP011785; NAP011790; NAP011791; NAP011792-11795; NAP011805-11806; NAP011897-11914; NAP012081; NAP012082; NAP012095; NAP012096-12098; NAP012099-12110; NAP012217; NAP012218; NAP012219; NAP012220; NAP01221; NAP012222-12225; NAP012226; NAP012227; NAP012228-12229; NAP012230; NAP012231; NAP012232; NAP012233; NAP012234; NAP012235; NAP012236; NAP012237; NAP012238; NAP012239; NAP012240; NAP012241; NAP012245; NAP012246; NAP012247; NAP012248; NAP012249; NAP012250; NAP012251; NAP012252; NAP012253; NAP012254; NAP012258; NAP012259; NAP012270; NAP012384; NAP012385; NAP012386; NAP012387-12388; NAP012389-12390; NAP012483-12506; NAP012507; NAP012508-12512; NAP012513-12519; NAP012585; NAP012588-12609; NAP012633; NAP013158; NAP013159; NAP013218-13220; NAP013221; NAP013222-13241; NAP013248-13279. These documents do not contain competitively sensitive technical, financial, or other confidential business information that requires that the documents be marked Attorneys' Eyes Only.

It is the opinion of the Special Master that the following documents are properly marked Attorneys' Eyes Only: NAP011608-11609; NAP011610; NAP011612-11621; NAP011622-11623; NAP011624-11631; NAP011632-11637; NAP011639-11640; NAP011641-11648; NAP011786-11789; NAP011796-11804; NAP011807-11810; NAP011811-11816; NAP011817-11820; NAP011821-11822; NAP011823-11825; NAP011826-11830; NAP011831-11853; NAP011854-11896; NAP011915-11918; NAP011919-11924; NAP011925; NAP011926-11931; NAP011932-11934; NAP011935-11937; NAP011938-11946; NAP011947-11955; NAP011956-

11961; NAP011962-11967; NAP011968-11983; NAP011984-11995; NAP011996-12007; NAP012008-12013; NAP012014-12016; NAP012017-12020; NAP012021-12028; NAP012029-12034; NAP012035-12043; NAP012044-12064; NAP012065-12069; NAP012070-12080; NAP012083-12084; NAP012085-12094; NAP012111-12116; NAP012117-12216; NAP012242-12244; NAP012255-12257; NAP012260-12269; NAP012271-12383; NAP012391-12409; NAP012410-12431; NAP012432; NAP012433; NAP012434; NAP012435; NAP012436-12445; NAP012446-12451; NAP012452-12463; NAP012464-12472; NAP012473-12482; NAP012520; NAP012521-12539; NAP012540-12584; NAP012585-12586; NAP012610-12632; NAP012634-13129; NAP013130-13157; NAP013160-13165; NAP013166-13206; NAP013210-13217; NAP013242-13427. These documents contained customer data, competitively sensitive business information, or other confidential business information, the disclosure of which is likely to cause significant harm. Accordingly, these documents are properly marked Attorneys' Eyes Only.

**DENNIS M. CAVANAUGH, U.S.D.J. (Ret.)**
**Special Master**

Date: November 28, 2017